UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EVERGREEN CAPITAL MANAGEMENT LLC, Individually and on Behalf of All Others Similarly Situated,

Plaintiff-Respondent,

v.

PACIFIC COAST ENERGY COMPANY LP,

Defendant-Petitioner,

and

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Trustee for Pacific Coast Oil Trust,

Defendant.

No. 20-80151

D.C. No.
2:20-cv-07561-MWF-AGR
Central District of California,
Los Angeles

ORDER

Before: HURWITZ and BADE, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010).

SC/MOATT